# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina ▼

| | |
|---|---|
| SHARON LEE on behalf of herself individually, and on behalf of all others similarly situated, <br><br> *Plaintiff(s)* <br> v. <br> ARGENT TRUST COMPANY, CHOATE CONSTRUCTION COMPANY ESOP COMMITTEE, CHOATE CONSTRUCTION COMPANY BOARD OF DIRECTORS, WILLIAM MILLARD CHOATE, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) Civil Action No. 5:19-cv-00156 ) ) ) ) ) ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Argent Trust Company
1100 Abernathy Road
500 Northpark, Suite 550
Atlanta, GA 30328
Phone: (678) 397-1973

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: COHEN MILSTEIN SELLERS & TOLL, PLLC
Martha Geer
Michelle C. Yau
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

PETER A. MOORE, JR.
CLERK OF COURT

Date: 4/18/2019

*Signature of Clerk or Deputy Clerk*

Civil Action No. 5:19-cv-00156

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Argent Trust Company**

was received by me on *(date)* **04/19/2019**

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **David Williams** , who is designated by law to accept service of process on behalf of *(name of organization)* **Argent Trust Company Board of Directors** on *(date)* **04/22/2019** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: **04/23/2019**

*Server's signature*

**Marc Allard - Process Server**
*Printed name and title*

3301 Buckeye Road, Suite 303
Atlanta GA 30341
*Server's address*

Additional information regarding attempted service, etc: