# UNITED STATES DISTRICT COURT
## for the
### Eastern District of North Carolina  ▾

| | | |
|---|---|---|
| SHARON LEE | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   5:19-cv-00156 |
| ARGENT TRUST COMPANY, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

 Choate Construction Company ESOP Committee, Choate Construction Company Board of Directors,             .
William Millard Choate, and Dave Priester

Date:     5/9/2019                          /s/ Clay C. Wheeler
                                                    *Attorney's signature*


                                        Clay C. Wheeler; N.C. Bar No. 38713
                                                    *Printed name and bar number*
                                                    Kilpatrick Townsend
                                                    4208 Six Forks Road, Suite 1400
                                                    Raleigh, NC 27609
                                                    Local Civil Rule 83.1(d) Counsel

                                                    *Address*


                                        cwheeler@kilpatricktownsend.com
                                                    *E-mail address*


                                                    (919) 420-1717
                                                    *Telephone number*


                                                    (919) 420-1800
                                                    *FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2019, I caused this NOTICE OF APPEARANCE to be filed electronically with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

Martha Geer
COHEN MILSTEIN SELLERS & TOLL PLLC
150 Fayetteville Street, Suite 980
Raleigh, NC 27601
Telephone: (919) 890-0560
Facsimile: (919) 890-0567
Email: mgeer@cohenmilstein.com

*Counsel for Plaintiff*

Jamie L. Bowers
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005-3934
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: jbowers@cohenmilstein.com

*Counsel for Plaintiff*

Benjamin F. Sidbury
BRYAN CAVE LEIGHTON PAISNER LLP
One Wells Fargo Center
301 S. College Street, Suite 3900
Charlotte, NC 28202
Telephone: (704) 749-8999
Facsimile: (704) 749-8990
Email: ben.sidbury@bclplaw.com

*Counsel for Argent Trust Company*

This, the 9th day of May, 2019.

KILPATRICK TOWNSEND & STOCKTON LLP

/s/ Clay C. Wheeler_____
Clay C. Wheeler
N.C. Bar No. 38713
4208 Six Forks Road, Suite 1400
Raleigh, NC  27609
Telephone: (919) 420-1717
Facsimile: (919) 420-1800
Email: cwheeler@kilpatricktownsend.com

*Local Civil Rule 83.1(d) Counsel for Choate
Construction Company ESOP Committee, Choate
Construction Company Board of Directors, William
Millard  Choate, and Dave Priester*