UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SHARON LEE on behalf of herself individually, and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> ARGENT TRUST COMPANY, CHOATE CONSTRUCTION COMPANY ESOP COMMITTEE, CHOATE CONSTRUCTION COMPANY BOARD OF DIRECTORS, WILLIAM MILLARD CHOATE, DAVE PRIESTER, COMMITTEE DEFENDANTS (John and Jane Does 1-10), BOARD DEFENDANTS (John and Jane Does 11-20), and SELLING SHAREHOLDERS (John and Jane Does 21 through 35). <br><br> *Defendants*. | Case No. 5:19-cv-00156-BO |

## NOTICE OF APPEARANCE

Pursuant to Local Civil Rules 5.2 and 83.1(e), **Barbara A. Smith** of the law firm of Bryan Cave Leighton Paisner LLP hereby enters her appearance as attorney of record for Defendant Argent Trust Company ("Defendant"), in the above-captioned case. All pleadings, notices, orders, and other documents to be served in this matter should hereafter be served upon the undersigned counsel.

12677604.1

Dated: May 10, 2019				Respectfully submitted,

				By: /s/ Barbara A. Smith

				Benjamin F. Sidbury (N.C. Bar #27081)
				ben.sidbury@bclplaw.com
				BRYAN CAVE LEIGHTON PAISNER LLP
				One Wells Fargo Center
				301 S. College Street, Suite 3900
				Charlotte, NC 28202
				Tel: (704) 749-8999
				Fax: (704) 749-8990

					and

				Barbara A. Smith (Missouri Bar #66237)
				barbara.smith@bclplaw.com
				BRYAN CAVE LEIGHTON PAISNER LLP
				One Metropolitan Square
				211 North Broadway, Suite 3600
				Saint Louis, MO 63102
				Tel: (314) 259-2367
				Fax: (314) 259-2020

				*Attorneys for Argent Trust Company*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SHARON LEE on behalf of herself individually, and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>ARGENT TRUST COMPANY, CHOATE CONSTRUCTION COMPANY ESOP COMMITTEE, CHOATE CONSTRUCTION COMPANY BOARD OF DIRECTORS, WILLIAM MILLARD CHOATE, DAVE PRIESTER, COMMITTEE DEFENDANTS (John and Jane Does 1-10), BOARD DEFENDANTS (John and Jane Does 11-20), and SELLING SHAREHOLDERS (John and Jane Does 21 through 35).<br><br>*Defendants*. | Case No. 5:19-cv-00156-BO |

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2019, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record for Plaintiff.

Respectfully submitted,

/s/ Barbara A. Smith
Barbara A. Smith
BRYAN CAVE LEIGHTON PAISNER LLP

12677604.1

Case 5:19-cv-00156-BO   Document 23   Filed 05/10/19   Page 3 of 3