UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SHARON LEE on behalf of herself individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARGENT TRUST COMPANY, CHOATE CONSTRUCTION COMPANY ESOP COMMITTEE, CHOATE CONSTRUCTION COMPANY BOARD OF DIRECTORS, WILLIAM MILLARD CHOATE, DAVE PRIESTER, COMMITTEE DEFENDANTS (John and Jane Does 1-10), BOARD DEFENDANTS (John and Jane Does 11-20), and SELLING SHAREHOLDERS (John and Jane Does 21 through 35).<br><br>Defendants. | No. 5:19-cv-00156-BO |

## ORDER

Pursuant to Defendants Argent Trust Company, Choate Construction Company Board of Directors, Choate Construction Company ESOP Committee, William Millard Choate, and Dave Priester (collectively "Served Defendants") Unopposed Motion on a briefing schedule to respond to Plaintiff's Complaint, it is hereby ordered that the Served Defendants' deadline for their responsive pleading to the Complaint should be extended to June 6, 2019. The parties further agree that Plaintiff may file one consolidated opposition of no more than 55 pages on or before July 18, 2019, and any reply thereto will be due on or before August 8, 2019.

**IT IS SO ORDERED.**

Dated: May 10, 2019

TERRENCE W. BOYLE
Chief United States District Judge