
# Form 5500

Department of the Treasury
Internal Revenue Service

Department of Labor
Employee Benefits Security
Administration

Pension Benefit Guaranty Corporation

## Annual Return/Report of Employee Benefit Plan

This form is required to be filed for employee benefit plans under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6057(b) and 6058(a) of the Internal Revenue Code (the Code).

▶ **Complete all entries in accordance with the instructions to the Form 5500.**

OMB Nos. 1210-0110
1210-0089

## 2017

**This Form is Open to Public Inspection**

| Part I | Annual Report Identification Information |
| --- | --- |

For calendar plan year 2017 or fiscal plan year beginning 01/01/2017 and ending 12/31/2017

**A** This return/report is for:
- [ ] a multiemployer plan
- [ ] a multiple-employer plan (Filers checking this box must attach a list of participating employer information in accordance with the form instructions.)
- [x] a single-employer plan
- [ ] a DFE (specify) ___

**B** This return/report is:
- [ ] the first return/report
- [ ] the final return/report
- [ ] an amended return/report
- [ ] a short plan year return/report (less than 12 months)

**C** If the plan is a collectively-bargained plan, check here. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ [ ]

**D** Check box if filing under:
- [x] Form 5558
- [ ] automatic extension
- [ ] the DFVC program
- [ ] special extension (enter description)

| Part II | Basic Plan Information—enter all requested information |
| --- | --- |

**1a** Name of plan
CHOATE CONSTRUCTION COMPANY EMPLOYEE STOCK OWNERSHIP PLAN

**1b** Three-digit plan number (PN) ▶ 002

**1c** Effective date of plan
01/01/2016

**2a** Plan sponsor's name (employer, if for a single-employer plan)
Mailing address (include room, apt., suite no. and street, or P.O. Box)
City or town, state or province, country, and ZIP or foreign postal code (if foreign, see instructions)

CHOATE CONSTRUCTION COMPANY

8200 ROBERTS DRIVE, SUITE 600
ATLANTA, GA 30350

**2b** Employer Identification Number (EIN)
58-1851823

**2c** Plan Sponsor's telephone number
678-892-1200

**2d** Business code (see instructions)
236200

**Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.**

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, as well as the electronic version of this return/report, and to the best of my knowledge and belief, it is true, correct, and complete.

| SIGN HERE | Filed with authorized/valid electronic signature. | | 10/15/2018 | | DAVID PAGE |
| --- | --- | --- | --- | --- | --- |
| | Signature of plan administrator | | Date | | Enter name of individual signing as plan administrator |
| SIGN HERE | | | | | |
| | Signature of employer/plan sponsor | | Date | | Enter name of individual signing as employer or plan sponsor |
| SIGN HERE | | | | | |
| | Signature of DFE | | Date | | Enter name of individual signing as DFE |

**For Paperwork Reduction Act Notice, see the Instructions for Form 5500.**

**Form 5500 (2017)**
**v. 170203**

| **3a** | Plan administrator's name and address   [X]   Same as Plan Sponsor | **3b** | Administrator's EIN |
|---|---|---|---|
| | | **3c** | Administrator's telephone number |

| **4** | If the name and/or EIN of the plan sponsor or the plan name has changed since the last return/report filed for this plan, enter the plan sponsor's name, EIN, the plan name and the plan number from the last return/report: | **4b** | EIN |
|---|---|---|---|
| **a** | Sponsor's name | **4d** | PN |
| **c** | Plan Name | | |

| **5** | Total number of participants at the beginning of the plan year | **5** | 353 |
|---|---|---|---|
| **6** | Number of participants as of the end of the plan year unless otherwise stated (welfare plans complete only lines **6a(1), 6a(2), 6b, 6c,** and **6d**). | | |
| **a(1)** | Total number of active participants at the beginning of the plan year ............................................ | **6a(1)** | 349 |
| **a(2)** | Total number of active participants at the end of  the plan year ................................................. | **6a(2)** | 343 |
| **b** | Retired or separated participants receiving benefits ........................................................................ | **6b** | 0 |
| **c** | Other retired or separated participants entitled to future benefits ................................................... | **6c** | 31 |
| **d** | Subtotal. Add lines **6a(2), 6b,** and **6c**. .......................................................................................... | **6d** | 374 |
| **e** | Deceased participants whose beneficiaries are receiving or are entitled to receive benefits. ............ | **6e** | 1 |
| **f** | Total.  Add lines **6d** and **6e**. ........................................................................................................ | **6f** | 375 |
| **g** | Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item)................................................................................................................ | **6g** | 369 |
| **h** | Number of participants who terminated employment during the plan year with accrued benefits that were less than 100% vested ......................................................................................................................... | **6h** | 0 |
| **7** | Enter the total number of employers obligated to contribute to the plan (only multiemployer plans complete this item)...... | **7** | |

**8a**   If the plan provides pension benefits, enter the applicable pension feature codes from the List of Plan Characteristics Codes in the instructions:

2P    3I

**b**   If the plan provides welfare benefits, enter the applicable welfare feature codes from the List of Plan Characteristics Codes in the instructions:

| **9a** | Plan funding arrangement (check all that apply) | | **9b** | Plan benefit arrangement (check all that apply) | |
|---|---|---|---|---|---|
| **(1)** | [ ] | Insurance | **(1)** | [ ] | Insurance |
| **(2)** | [ ] | Code section 412(e)(3) insurance contracts | **(2)** | [ ] | Code section 412(e)(3) insurance contracts |
| **(3)** | [X] | Trust | **(3)** | [X] | Trust |
| **(4)** | [ ] | General assets of the sponsor | **(4)** | [ ] | General assets of the sponsor |

**10**   Check all applicable boxes in 10a and 10b to indicate which schedules are attached, and, where indicated, enter the number attached.  (See instructions)

**a**   **Pension Schedules**

| **(1)** | [X] | **R**   (Retirement Plan Information) |
|---|---|---|
| **(2)** | [ ] | **MB**   (Multiemployer Defined Benefit Plan and Certain Money Purchase Plan Actuarial Information) - signed by the plan actuary |
| **(3)** | [ ] | **SB**   (Single-Employer Defined Benefit Plan Actuarial Information) - signed by the plan actuary |

**b**   **General Schedules**

| **(1)** | [X] | | **H**   (Financial Information) |
|---|---|---|---|
| **(2)** | [ ] | | **I**   (Financial Information – Small Plan) |
| **(3)** | [ ] | 0 | **A**   (Insurance Information) |
| **(4)** | [ ] | | **C**   (Service Provider Information) |
| **(5)** | [ ] | | **D**   (DFE/Participating Plan Information) |
| **(6)** | [ ] | | **G**   (Financial Transaction Schedules) |

| Part III | Form M-1 Compliance Information (to be completed by welfare benefit plans) |
|---|---|

**11a** If the plan provides welfare benefits, was the plan subject to the Form M-1 filing requirements during the plan year? (See instructions and 29 CFR 2520.101-2.) ........................……..….… ☐   Yes    ☐   No

If "Yes" is checked, complete lines 11b and 11c.

**11b** Is the plan currently in compliance with the Form M-1 filing requirements? (See instructions and 29 CFR 2520.101-2.) ……..... ☐ Yes    ☐   No

**11c** Enter the Receipt Confirmation Code for the 2017 Form M-1 annual report.  If the plan was not required to file the 2017 Form M-1 annual report, enter the Receipt Confirmation Code for the most recent Form M-1 that was required to be filed under the Form M-1 filing requirements. (Failure to enter a valid Receipt Confirmation Code will subject the Form 5500 filing to rejection as incomplete.)

Receipt Confirmation Code_____

| SCHEDULE H (Form 5500) | **Financial Information** | OMB No. 1210-0110 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service<br>Department of Labor<br>Employee Benefits Security Administration<br>Pension Benefit Guaranty Corporation | This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA), and section 6058(a) of the Internal Revenue Code (the Code).<br><br>▶ **File as an attachment to Form 5500.** | **2017**<br><br>**This Form is Open to Public Inspection** |

For calendar plan year 2017 or fiscal plan year beginning  01/01/2017    and ending  12/31/2017

**A** Name of plan

CHOATE CONSTRUCTION COMPANY EMPLOYEE STOCK OWNERSHIP PLAN

**B** Three-digit plan number (PN)  ▶  002

**C** Plan sponsor's name as shown on line 2a of Form 5500

CHOATE CONSTRUCTION COMPANY

**D** Employer Identification Number (EIN)

58-1851823

| Part I | Asset and Liability Statement |
|---|---|

**1** Current value of plan assets and liabilities at the beginning and end of the plan year. Combine the value of plan assets held in more than one trust. Report the value of the plan's interest in a commingled fund containing the assets of more than one plan on a line-by-line basis unless the value is reportable on lines 1c(9) through 1c(14). Do not enter the value of that portion of an insurance contract which guarantees, during this plan year, to pay a specific dollar benefit at a future date. **Round off amounts to the nearest dollar.** MTIAs, CCTs, PSAs, and 103-12 IEs do not complete lines 1b(1), 1b(2), 1c(8), 1g, 1h, and 1i. CCTs, PSAs, and 103-12 IEs also do not complete lines 1d and 1e. See instructions.

| Assets | | (a) Beginning of Year | (b) End of Year |
|---|---|---|---|
| **a** Total noninterest-bearing cash ............................................... | 1a | | |
| **b** Receivables (less allowance for doubtful accounts): | | | |
| (1) Employer contributions .................................................... | 1b(1) | 9360503 | 9111733 |
| (2) Participant contributions .................................................. | 1b(2) | | |
| (3) Other............................................................................. | 1b(3) | 0 | 16500000 |
| **c** General investments: | | | |
| (1) Interest-bearing cash (include money market accounts & certificates of deposit) ......................................................... | 1c(1) | | |
| (2) U.S. Government securities.............................................. | 1c(2) | | |
| (3) Corporate debt instruments (other than employer securities): | | | |
| (A) Preferred .................................................................. | 1c(3)(A) | | |
| (B) All other ................................................................... | 1c(3)(B) | | |
| (4) Corporate stocks (other than employer securities): | | | |
| (A) Preferred .................................................................. | 1c(4)(A) | | |
| (B) Common .................................................................... | 1c(4)(B) | | |
| (5) Partnership/joint venture interests ................................... | 1c(5) | | |
| (6) Real estate (other than employer real property) .................... | 1c(6) | | |
| (7) Loans (other than to participants) .................................... | 1c(7) | | |
| (8) Participant loans ........................................................... | 1c(8) | | |
| (9) Value of interest in common/collective trusts..................... | 1c(9) | | |
| (10) Value of interest in pooled separate accounts ................... | 1c(10) | | |
| (11) Value of interest in master trust investment accounts .......... | 1c(11) | | |
| (12) Value of interest in 103-12 investment entities .................. | 1c(12) | | |
| (13) Value of interest in registered investment companies (e.g., mutual funds)............................................................. | 1c(13) | | |
| (14) Value of funds held in insurance company general account (unallocated contracts)....................................................... | 1c(14) | | |
| (15) Other ........................................................................... | 1c(15) | | |

| | | | (a) Beginning of Year | (b) End of Year |
|---|---|---|---|---|
| **1d** | Employer-related investments: | | | |
| | (1) Employer securities ............................................... | **1d(1)** | 64800000 | 107200000 |
| | (2) Employer real property ........................................... | **1d(2)** | | |
| **e** | Buildings and other property used in plan operation................ | **1e** | | |
| **f** | Total assets (add all amounts in lines 1a through 1e).............. | **1f** | 74160503 | 132811733 |

### Liabilities

| | | | | |
|---|---|---|---|---|
| **g** | Benefit claims payable ............................................ | **1g** | | |
| **h** | Operating payables ................................................ | **1h** | | |
| **i** | Acquisition indebtedness .......................................... | **1i** | 198000000 | 187206799 |
| **j** | Other liabilities ................................................. | **1j** | 576294 | 919742 |
| **k** | Total liabilities (add all amounts in lines 1g through1j)......... | **1k** | 198576294 | 188126541 |

### Net Assets

| | | | | |
|---|---|---|---|---|
| **l** | Net assets (subtract line 1k from line 1f)........................ | **1l** | -124415791 | -55314808 |

## Part II   Income and Expense Statement

**2**   Plan income, expenses, and changes in net assets for the year. Include all income and expenses of the plan, including any trust(s) or separately maintained fund(s) and any payments/receipts to/from insurance carriers. Round off amounts to the nearest dollar. MTIAs, CCTs, PSAs, and 103-12 IEs do not complete lines 2a, 2b(1)(E), 2e, 2f, and 2g.

### Income

| | | | (a) Amount | (b) Total |
|---|---|---|---|---|
| **a** | Contributions: | | | |
| | (1) Received or receivable in cash from: (A) Employers............... | **2a(1)(A)** | 17172496 | |
| |     (B) Participants .............................................. | **2a(1)(B)** | | |
| |     (C) Others (including rollovers).............................. | **2a(1)(C)** | | |
| | (2) Noncash contributions .......................................... | **2a(2)** | | |
| | (3) Total contributions. Add lines 2a(1)(A), (B), (C), and line 2a(2) ............. | **2a(3)** | | 17172496 |
| **b** | Earnings on investments: | | | |
| | (1) Interest: | | | |
| |     (A) Interest-bearing cash (including money market accounts and certificates of deposit)................... | **2b(1)(A)** | | |
| |     (B) U.S. Government securities ............................... | **2b(1)(B)** | | |
| |     (C) Corporate debt instruments ............................... | **2b(1)(C)** | | |
| |     (D) Loans (other than to participants) ....................... | **2b(1)(D)** | | |
| |     (E) Participant loans ........................................ | **2b(1)(E)** | | |
| |     (F) Other .................................................... | **2b(1)(F)** | | |
| |     (G) Total interest. Add lines 2b(1)(A) through (F) ........... | **2b(1)(G)** | | 0 |
| | (2) Dividends: (A) Preferred stock .................................. | **2b(2)(A)** | | |
| |     (B) Common stock ............................................. | **2b(2)(B)** | 16500000 | |
| |     (C) Registered investment company shares (e.g. mutual funds)........... | **2b(2)(C)** | | |
| |     (D) Total dividends. Add lines 2b(2)(A), (B), and (C) ......... | **2b(2)(D)** | | 16500000 |
| | (3) Rents.......................................................... | **2b(3)** | | |
| | (4) Net gain (loss) on sale of assets: (A) Aggregate proceeds ................. | **2b(4)(A)** | | |
| |     (B) Aggregate carrying amount (see instructions) .............. | **2b(4)(B)** | | |
| |     (C) Subtract line 2b(4)(B) from line 2b(4)(A) and enter result ............. | **2b(4)(C)** | | 0 |
| | (5) Unrealized appreciation (depreciation) of assets: (A) Real estate............ | **2b(5)(A)** | | |
| |     (B) Other .................................................... | **2b(5)(B)** | 42400000 | |
| |     (C) Total unrealized appreciation of assets. Add lines 2b(5)(A) and (B) ......... | **2b(5)(C)** | | 42400000 |

| | | (a) Amount | (b) Total |
|---|---|---|---|
| (6) Net investment gain (loss) from common/collective trusts | 2b(6) | | |
| (7) Net investment gain (loss) from pooled separate accounts | 2b(7) | | |
| (8) Net investment gain (loss) from master trust investment accounts | 2b(8) | | |
| (9) Net investment gain (loss) from 103-12 investment entities | 2b(9) | | |
| (10) Net investment gain (loss) from registered investment companies (e.g., mutual funds) | 2b(10) | | |
| c Other income | 2c | | |
| d Total income. Add all **income** amounts in column (b) and enter total | 2d | | 76072496 |

## Expenses

| | | (a) Amount | (b) Total |
|---|---|---|---|
| e Benefit payment and payments to provide benefits: | | | |
| (1) Directly to participants or beneficiaries, including direct rollovers | 2e(1) | 7102 | |
| (2) To insurance carriers for the provision of benefits | 2e(2) | | |
| (3) Other | 2e(3) | | |
| (4) Total benefit payments. Add lines **2e(1)** through **(3)** | 2e(4) | | 7102 |
| f Corrective distributions (see instructions) | 2f | | |
| g Certain deemed distributions of participant loans (see instructions) | 2g | | |
| h Interest expense | 2h | | 6964411 |
| i Administrative expenses: **(1)** Professional fees | 2i(1) | | |
| (2) Contract administrator fees | 2i(2) | | |
| (3) Investment advisory and management fees | 2i(3) | | |
| (4) Other | 2i(4) | | |
| (5) Total administrative expenses. Add lines **2i(1)** through **(4)** | 2i(5) | | 0 |
| j Total expenses. Add all **expense** amounts in column (b) and enter total | 2j | | 6971513 |

## Net Income and Reconciliation

| | | (a) Amount | (b) Total |
|---|---|---|---|
| k Net income (loss). Subtract line **2j** from line **2d** | 2k | | 69100983 |
| l Transfers of assets: | | | |
| (1) To this plan | 2l(1) | | |
| (2) From this plan | 2l(2) | | |

---

**Part III** | **Accountant's Opinion**

**3** Complete lines 3a through 3c if the opinion of an independent qualified public accountant is attached to this Form 5500. Complete line 3d if an opinion is not attached.

**a** The attached opinion of an independent qualified public accountant for this plan is (see instructions):

     **(1)** [X] Unqualified      **(2)** [ ] Qualified      **(3)** [ ] Disclaimer      **(4)** [ ] Adverse

**b** Did the accountant perform a limited scope audit pursuant to 29 CFR 2520.103-8 and/or 103-12(d)?      [ ] Yes    [X] No

**c** Enter the name and EIN of the accountant (or accounting firm) below:

     **(1)** Name: HLB GROSS COLLINS, P.C.      **(2)** EIN: 58-1367012

**d** The opinion of an independent qualified public accountant is **not attached** because:

     **(1)** [ ] This form is filed for a CCT, PSA, or MTIA.      **(2)** [ ] It will be attached to the next Form 5500 pursuant to 29 CFR 2520.104-50.

---

**Part IV** | **Compliance Questions**

**4** CCTs and PSAs do not complete Part IV. MTIAs, 103-12 IEs, and GIAs do not complete lines 4a, 4e, 4f, 4g, 4h, 4k, 4m, 4n, or 5. 103-12 IEs also do not complete lines 4j and 4l. MTIAs also do not complete line 4l.

During the plan year:

| | | Yes | No | Amount |
|---|---|---|---|---|
| a Was there a failure to transmit to the plan any participant contributions within the time period described in 29 CFR 2510.3-102? Continue to answer "Yes" for any prior year failures until fully corrected. (See instructions and DOL's Voluntary Fiduciary Correction Program.) | 4a | | X | |
| b Were any loans by the plan or fixed income obligations due the plan in default as of the close of the plan year or classified during the year as uncollectible? Disregard participant loans secured by participant's account balance. (Attach Schedule G (Form 5500) Part I if "Yes" is checked.) | 4b | | X | |

|  |  |  | Yes | No | Amount |
|---|---|---|---|---|---|
| **c** | Were any leases to which the plan was a party in default or classified during the year as uncollectible? (Attach Schedule G (Form 5500) Part II if "Yes" is checked.) ...................................... | 4c |  | X |  |
| **d** | Were there any nonexempt transactions with any party-in-interest? (Do not include transactions reported on line 4a. Attach Schedule G (Form 5500) Part III if "Yes" is checked.)....................................................................................................... | 4d |  | X |  |
| **e** | Was this plan covered by a fidelity bond? .................................................................................... | 4e | X |  | 500000 |
| **f** | Did the plan have a loss, whether or not reimbursed by the plan's fidelity bond, that was caused by fraud or dishonesty? ...................................................................................................... | 4f |  | X |  |
| **g** | Did the plan hold any assets whose current value was neither readily determinable on an established market nor set by an independent third party appraiser? ........................................... | 4g |  | X |  |
| **h** | Did the plan receive any noncash contributions whose value was neither readily determinable on an established market nor set by an independent third party appraiser?.................. | 4h |  | X |  |
| **i** | Did the plan have assets held for investment? (Attach schedule(s) of assets if "Yes" is checked, and see instructions for format requirements.)....................................................................... | 4i | X |  |  |
| **j** | Were any plan transactions or series of transactions in excess of 5% of the current value of plan assets? (Attach schedule of transactions if "Yes" is checked, and see instructions for format requirements.)........................................................................ | 4j |  | X |  |
| **k** | Were all the plan assets either distributed to participants or beneficiaries, transferred to another plan, or brought under the control of the PBGC?............................................................... | 4k |  | X |  |
| **l** | Has the plan failed to provide any benefit when due under the plan? ............................................ | 4l |  | X |  |
| **m** | If this is an individual account plan, was there a blackout period? (See instructions and 29 CFR 2520.101-3.)............................................................................................................. | 4m |  | X |  |
| **n** | If 4m was answered "Yes," check the "Yes" box if you either provided the required notice or one of the exceptions to providing the notice applied under 29 CFR 2520.101-3. .............................. | 4n |  |  |  |

**5a**  Has a resolution to terminate the plan been adopted during the plan year or any prior plan year?........ ☐ Yes ☒ No
If "Yes," enter the amount of any plan assets that reverted to the employer this year _____.

**5b**  If, during this plan year, any assets or liabilities were transferred from this plan to another plan(s), identify the plan(s) to which assets or liabilities were transferred. (See instructions.)

| **5b(1)** Name of plan(s) | **5b(2)** EIN(s) | **5b(3)** PN(s) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**5c** If the plan is a defined benefit plan, is it covered under the PBGC insurance program (See ERISA section 4021.)? ...... ☐ Yes ☐ No ☐ Not determined
If "Yes" is checked, enter the My PAA confirmation number from the PBGC premium filing for this plan year_____. (See instructions.)

# SCHEDULE R
## (Form 5500)

Department of the Treasury
Internal Revenue Service

Department of Labor
Employee Benefits Security Administration

Pension Benefit Guaranty Corporation

# Retirement Plan Information

This schedule is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and section 6058(a) of the Internal Revenue Code (the Code).

▶ **File as an attachment to Form 5500.**

OMB No. 1210-0110

## 2017

**This Form is Open to Public Inspection.**

For calendar plan year 2017 or fiscal plan year beginning 01/01/2017 and ending 12/31/2017

**A** Name of plan
CHOATE CONSTRUCTION COMPANY EMPLOYEE STOCK OWNERSHIP PLAN

**B** Three-digit plan number (PN) ▶ 002

**C** Plan sponsor's name as shown on line 2a of Form 5500
CHOATE CONSTRUCTION COMPANY

**D** Employer Identification Number (EIN)
58-1851823

| Part I | Distributions |
|---|---|

All references to distributions relate only to payments of benefits during the plan year.

**1** Total value of distributions paid in property other than in cash or the forms of property specified in the instructions ..................................................................................................

| 1 | 0 |

**2** Enter the EIN(s) of payor(s) who paid benefits on behalf of the plan to participants or beneficiaries during the year (if more than two, enter EINs of the two payors who paid the greatest dollar amounts of benefits):

EIN(s): 58-1428634 _____

**Profit-sharing plans, ESOPs, and stock bonus plans, skip line 3.**

**3** Number of participants (living or deceased) whose benefits were distributed in a single sum, during the plan year.............................................................................

| 3 | |

| Part II | Funding Information (If the plan is not subject to the minimum funding requirements of section 412 of the Internal Revenue Code or ERISA section 302, skip this Part.) |
|---|---|

**4** Is the plan administrator making an election under Code section 412(d)(2) or ERISA section 302(d)(2)? ........................... ☐ Yes ☐ No ☐ N/A

**If the plan is a defined benefit plan, go to line 8.**

**5** If a waiver of the minimum funding standard for a prior year is being amortized in this plan year, see instructions and enter the date of the ruling letter granting the waiver. **Date:** Month _____ Day _____ Year _____

**If you completed line 5, complete lines 3, 9, and 10 of Schedule MB and do not complete the remainder of this schedule.**

**6 a** Enter the minimum required contribution for this plan year (include any prior year accumulated funding deficiency not waived) ..................................................................

| 6a | |

**b** Enter the amount contributed by the employer to the plan for this plan year .............................

| 6b | |

**c** Subtract the amount in line 6b from the amount in line 6a. Enter the result (enter a minus sign to the left of a negative amount) ..................................................

| 6c | |

**If you completed line 6c, skip lines 8 and 9.**

**7** Will the minimum funding amount reported on line 6c be met by the funding deadline?........................ ☐ Yes ☐ No ☐ N/A

**8** If a change in actuarial cost method was made for this plan year pursuant to a revenue procedure or other authority providing automatic approval for the change or a class ruling letter, does the plan sponsor or plan administrator agree with the change? .................................................................. ☐ Yes ☐ No ☐ N/A

| Part III | Amendments |
|---|---|

**9** If this is a defined benefit pension plan, were any amendments adopted during this plan year that increased or decreased the value of benefits? If yes, check the appropriate box. If no, check the "No" box. ..................... ☐ Increase ☐ Decrease ☐ Both ☐ No

| Part IV | ESOPs (see instructions). If this is not a plan described under section 409(a) or 4975(e)(7) of the Internal Revenue Code, skip this Part. |
|---|---|

**10** Were unallocated employer securities or proceeds from the sale of unallocated securities used to repay any exempt loan?................ ☐ Yes ☒ No

**11 a** Does the ESOP hold any preferred stock? ........................................................................ ☐ Yes ☒ No

**b** If the ESOP has an outstanding exempt loan with the employer as lender, is such loan part of a "back-to-back" loan? (See instructions for definition of "back-to-back" loan.) .......................................... ☐ Yes ☒ No

**12** Does the ESOP hold any stock that is not readily tradable on an established securities market? .............................. ☒ Yes ☐ No

For Paperwork Reduction Act Notice, see the Instructions for Form 5500.

Schedule R (Form 5500) 2017
v. 170203

| Part V | Additional Information for Multiemployer Defined Benefit Pension Plans |
|---|---|

**13** Enter the following information for each employer that contributed more than 5% of total contributions to the plan during the plan year (measured in dollars). See instructions. *Complete as many entries as needed to report all applicable employers.*

**a** Name of contributing employer

**b** EIN                                    **c** Dollar amount contributed by employer

**d** Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*   Month _____ Day _____ Year _____

**e** Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
   (1)   Contribution rate (in dollars and cents) _____
   (2)   Base unit measure: ☐ Hourly   ☐ Weekly   ☐ Unit of production   ☐ Other (specify):

**a** Name of contributing employer

**b** EIN                                    **c** Dollar amount contributed by employer

**d** Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*   Month _____ Day _____ Year _____

**e** Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
   (1)   Contribution rate (in dollars and cents) _____
   (2)   Base unit measure: ☐ Hourly   ☐ Weekly   ☐ Unit of production   ☐ Other (specify): _____

**a** Name of contributing employer

**b** EIN                                    **c** Dollar amount contributed by employer

**d** Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*   Month _____ Day _____ Year _____

**e** Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
   (1)   Contribution rate (in dollars and cents) _____
   (2)   Base unit measure: ☐ Hourly   ☐ Weekly   ☐ Unit of production   ☐ Other (specify): _____

**a** Name of contributing employer

**b** EIN                                    **c** Dollar amount contributed by employer

**d** Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*   Month _____ Day _____ Year _____

**e** Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
   (1)   Contribution rate (in dollars and cents) _____
   (2)   Base unit measure: ☐ Hourly   ☐ Weekly   ☐ Unit of production   ☐ Other (specify): _____

**a** Name of contributing employer

**b** EIN                                    **c** Dollar amount contributed by employer

**d** Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*   Month _____ Day _____ Year _____

**e** Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
   (1)   Contribution rate (in dollars and cents) _____
   (2)   Base unit measure: ☐ Hourly   ☐ Weekly   ☐ Unit of production   ☐ Other (specify): _____

**a** Name of contributing employer

**b** EIN                                    **c** Dollar amount contributed by employer

**d** Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)*   Month _____ Day _____ Year _____

**e** Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
   (1)   Contribution rate (in dollars and cents) _____
   (2)   Base unit measure: ☐ Hourly   ☐ Weekly   ☐ Unit of production   ☐ Other (specify): _____

| | | | |
|---|---|---|---|
| **14** | Enter the number of participants on whose behalf no contributions were made by an employer as an employer of the participant for: | | |
| **a** | The current year ................................................................................................................................ | **14a** | |
| **b** | The plan year immediately preceding the current plan year.............................................................. | **14b** | |
| **c** | The second preceding plan year ....................................................................................................... | **14c** | |
| **15** | Enter the ratio of the number of participants under the plan on whose behalf no employer had an obligation to make an employer contribution during the current plan year to: | | |
| **a** | The corresponding number for the plan year immediately preceding the current plan year ............... | **15a** | |
| **b** | The corresponding number for the second preceding plan year ........................................................ | **15b** | |
| **16** | Information with respect to any employers who withdrew from the plan during the preceding plan year: | | |
| **a** | Enter the number of employers who withdrew during the preceding plan year  ................................ | **16a** | |
| **b** | If line 16a is greater than 0, enter the aggregate amount of withdrawal liability assessed or estimated to be assessed against such withdrawn employers ........................................................... | **16b** | |

**17** If assets and liabilities from another plan have been transferred to or merged with this plan during the plan year, check box and see instructions regarding supplemental information to be included as an attachment. ...................................................................................................................................... ☐

| **Part VI** | **Additional Information for Single-Employer and Multiemployer Defined Benefit Pension Plans** |
|---|---|

**18** If any liabilities to participants or their beneficiaries under the plan as of the end of the plan year consist (in whole or in part) of liabilities to such participants and beneficiaries under two or more pension plans as of immediately before such plan year, check box and see instructions regarding supplemental information to be included as an attachment ............................................................................................................................... ☐

**19** If the total number of participants is 1,000 or more, complete lines (a) through (c)

   **a**    Enter the percentage of plan assets held as:

      Stock: _____%  Investment-Grade Debt: _____%  High-Yield Debt: _____%  Real Estate: _____%  Other: _____%

   **b**    Provide the average duration of the combined investment-grade and high-yield debt:

      ☐ 0-3 years   ☐ 3-6 years   ☐ 6-9 years   ☐ 9-12 years   ☐ 12-15 years   ☐ 15-18 years   ☐ 18-21 years   ☐ 21 years or more

   **c**    What duration measure was used to calculate line 19(b)?

      ☐ Effective duration   ☐ Macaulay duration   ☐ Modified duration   ☐ Other (specify):

**CHOATE CONSTRUCTION COMPANY**
**EMPLOYEE STOCK OWNERSHIP PLAN**

**FINANCIAL STATEMENTS**

**Years Ended December 31, 2017 and 2016**

**CHOATE CONSTRUCTION COMPANY**
**EMPLOYEE STOCK OWNERSHIP PLAN**


**CONTENTS**

|  | **Pages** |
|---|---|
| Independent Auditors' Report | 1-2 |
| Financial Statements | |
| Statements of Net Assets Available for Benefits | 3 |
| Statement of Changes in Net Assets Available for Benefits | 4 |
| Notes to Financial Statements | 5-14 |
| Supplemental Schedule | |
| Schedule H, Line 4(i) - Schedule of Assets (Held at End of Year) | 15 |



# INDEPENDENT AUDITORS' REPORT

To the Trustees of

Choate Construction Company Employee Stock Ownership Plan

We have audited the accompanying financial statements of

CHOATE CONSTRUCTION COMPANY
EMPLOYEE STOCK OWNERSHIP PLAN

which comprise the statements of net assets available for benefits as of December 31, 2017 and 2016, and the related statement of changes in net assets available for benefits for the year ended December 31, 2017, and the related notes to the financial statements.

*Management's Responsibility for the Financial Statements*

Plan management is responsible for the preparation and fair presentation of these financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

*Auditors' Responsibility*

Our responsibility is to express an opinion on these financial statements based on our audits. We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audits to obtain reasonable assurance about whether the financial statements are free of material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the financial statements. The procedures selected depend on the auditor's judgment, including the assessment of the risk of material misstatement of the financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the Plan's preparation and fair presentation of the financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Plan's internal control. Accordingly, we express no such opinion. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluating the overall presentation of the financial statements.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

3330 Cumberland Blvd., Suite 1000 Atlanta, GA 30339   (P) 770-433-1711 (F) 770-432-3473
www.hlbgrosscollins.com    "Local In Touch - Global In Reach"
HLB Gross Collins, P.C. is a member of HLB International, a worldwide network of accounting firms and business advisors

Case 5:19-cv-00156-BO   Document 31-3   Filed 06/06/19   Page 13 of 29

*Opinion*

In our opinion, the financial statements referred to above present fairly, in all material respects, the net assets available for benefits of Choate Construction Company Employee Stock Ownership Plan as of December 31, 2017 and 2016, and the changes in its net assets available for benefits for the year ended December 31, 2017, in accordance with accounting principles generally accepted in the United States of America.

*Emphasis of Matter*

As discussed in Note (8), the carrying value of the investment in the Sponsor Company common stock is based upon an independent appraisal. The investment in this stock is exposed to various risks and is subject to changes that could occur in the near term. Such changes could materially affect participants' account balances and the amounts reported in the statements of net assets available for benefits. Our opinion is not modified with respect to that matter.

*Other Matter*

Our audits were conducted for the purpose of forming an opinion on the financial statements as a whole. The Supplemental Schedule H, Line 4(i) - Schedule of Assets (Held at End of Year) is presented for the purpose of additional analysis and is not a required part of the financial statements but is supplemental information required by the Department of Labor's Rules and Regulations for Reporting and Disclosure under the Employee Retirement Income Security Act of 1974. Such information is the responsibility of the Plan's management and was derived from and relates directly to the underlying accounting and other records used to prepare the financial statements. The information has been subjected to the auditing procedures applied in the audits of the financial statements and certain additional procedures, including comparing and reconciling such information directly to the underlying accounting and other records used to prepare the financial statements or to the financial statements themselves, and other additional procedures in accordance with auditing standards generally accepted in the United States of America. In our opinion, the information is fairly stated in all material respects in relation to the financial statements as a whole.

Atlanta, Georgia
October 15, 2018

*HLB Gross Collins, P.C.*

# CHOATE CONSTRUCTION COMPANY
## EMPLOYEE STOCK OWNERSHIP PLAN

### STATEMENTS OF NET ASSETS AVAILABLE FOR BENEFITS

#### December 31, 2017 and 2016

#### ASSETS

| | 2017 | | | 2016 | | |
|---|---|---|---|---|---|---|
| | Allocated | Unallocated | Total | Allocated | Unallocated | Total |
| INVESTMENTS AT FAIR VALUE | | | | | | |
| Sponsor Company common stock, at fair value (Note 7) | $ 17,761,378 | $ 89,438,622 | $ 107,200,000 | $ 2,451,813 | $ 62,348,187 | $ 64,800,000 |
| TOTAL INVESTMENTS AT FAIR VALUE | 17,761,378 | 89,438,622 | 107,200,000 | 2,451,813 | 62,348,187 | 64,800,000 |
| EMPLOYER CONTRIBUTIONS RECEIVABLE (Note 4) | 348,666 | 8,763,067 | 9,111,733 | - | 9,360,503 | 9,360,503 |
| DIVIDEND RECEIVABLE (Note 4) | - | 16,500,000 | 16,500,000 | - | - | - |
| TOTAL ASSETS | 18,110,044 | 114,701,689 | 132,811,733 | 2,451,813 | 71,708,690 | 74,160,503 |

#### LIABILITIES

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTES PAYABLE (Note 9) | - | 187,206,799 | 187,206,799 | - | 198,000,000 | 198,000,000 |
| INTEREST PAYABLE (Note 9) | - | 919,742 | 919,742 | - | 576,294 | 576,294 |
| TOTAL LIABILITIES | - | 188,126,541 | 188,126,541 | - | 198,576,294 | 198,576,294 |
| NET ASSETS AVAILABLE FOR BENEFITS | $ 18,110,044 | $ (73,424,852) | $ (55,314,808) | $ 2,451,813 | $ (126,867,604) | $ (124,415,791) |

The accompanying Notes to Financial Statements are an integral part of these statements.

3

# CHOATE CONSTRUCTION COMPANY
## EMPLOYEE STOCK OWNERSHIP PLAN

## STATEMENT OF CHANGES IN NET ASSETS AVAILABLE FOR BENEFITS

### Year Ended December 31, 2017

| | Allocated | Unallocated | Total |
|---|---|---|---|
| ADDITIONS TO NET ASSETS ATTRIBUTED TO: | | | |
| INVESTMENT INCOME | | | |
| Net appreciation in estimated fair value of investments | $ 1,604,273 | $ 40,795,727 | $ 42,400,000 |
| Dividends from Sponsor Company | - | 16,500,000 | 16,500,000 |
| TOTAL INVESTMENT INCOME | 1,604,273 | 57,295,727 | 58,900,000 |
| EMPLOYER CONTRIBUTIONS | 355,768 | 16,816,728 | 17,172,496 |
| ALLOCATION OF 1,022,783 SHARES OF SPONSOR COMPANY STOCK AT FAIR VALUE | 13,705,292 | - | 13,705,292 |
| TOTAL ADDITIONS TO NET ASSETS | 15,665,333 | 74,112,455 | 89,777,788 |
| DEDUCTIONS FROM NET ASSETS ATTRIBUTED TO: | | | |
| BENEFITS PAID TO PARTICIPANTS | 7,102 | - | 7,102 |
| INTEREST EXPENSE | - | 6,964,411 | 6,964,411 |
| ALLOCATION OF 1,022,783 SHARES OF SPONSOR COMPANY STOCK AT FAIR VALUE | - | 13,705,292 | 13,705,292 |
| TOTAL DEDUCTIONS FROM NET ASSETS | 7,102 | 20,669,703 | 20,676,805 |
| NET INCREASE IN PLAN ASSETS | 15,658,231 | 53,442,752 | 69,100,983 |
| NET ASSETS AVAILABLE FOR BENEFITS: | | | |
| BEGINNING OF YEAR | 2,451,813 | (126,867,604) | (124,415,791) |
| END OF YEAR | $ 18,110,044 | $ (73,424,852) | $ (55,314,808) |

*The accompanying Notes to Financial Statements are an integral part of these statements.*

**(1)     Description of the Plan**

The following description of Choate Construction Company Employee Stock Ownership Plan (the "Plan" or "ESOP") is provided for general information purposes only. Participants should refer to the Plan agreement for more complete information on the provisions of the Plan.

General - Choate Construction Company (the "Plan Sponsor" or "Company") established the Plan effective as of January 1, 2016. The Plan is designed to comply with Section 4975(e)(7) and the regulations thereunder of the Internal Revenue Code of 1986, as amended, and is subject to the applicable provisions of the Employee Retirement Income Security Act of 1974, as amended ("ERISA"). The Plan is administered by the Committee (the "Committee") comprising of persons appointed by the Company's Board of Directors. The Committee will act as the Plan administrator and as the Plan's agent for service of legal process. The Plan entered into a trust agreement, with an appointed trustee, effective January 1, 2016. The Board of Directors has engaged the trustee to serve as the trustee of the Company Employee Stock Ownership Trust ("ESOT").

On December 9, 2016, the ESOT purchased from the selling shareholders 8,000,000 shares of the Company's voting common stock, representing 80% of the Company's outstanding stock ("ESOP Shares"), for a purchase price of $198,000,000 (or $24.75 per share) (the "Purchase Price").

On December 14, 2016, the Company redeemed 2,000,000 shares of voting common stock then held by the selling shareholders, which represent 20% of the Company's fully diluted equity, in exchange for: 26,667 shares of non-voting common stock, which will represent 0.20% of the Company's fully diluted equity; and warrants to acquire 5,306,667 shares of voting common stock which will represent 39.80% of the Company's fully diluted equity.

In connection with the ESOT purchase of shares, the Company obtained $80,000,000 in debt financing from outside senior lender financial institutions. The debt consists of a $45,000,000 term loan and a revolving line of credit with maximum borrowings of $40,000,000. The Company loaned to the ESOT a portion of the balance of the bank loan proceeds, totaling $57,000,000 ("Company Loan"). The ESOT used the proceeds from the Company loan to pay the selling shareholders cash for a portion of the purchase price. The loan has a 25-year term and requires annual payments of principal and interest. Interest is payable at a rate equal to the long term applicable federal rate. It is secured by a pledge of the ESOP shares the ESOT acquired with the proceeds of the internal loan.

For the remainder of the purchase price, the ESOT issued to the selling shareholders promissory notes ("Seller Notes") in the total amount of $141,000,000. The notes had a 25-year term and required interest only payments for the first 7 years, and equal principal payments of $7,833,333 over the remaining term. Interest was payable at a rate equal to 4.00%. It was secured by a pledge of the ESOP shares the ESOT acquired with the proceeds of the seller notes and the Company's guarantee. It was subordinated to the $45,000,000 term loan and $40,000,000 line of credit. The loan was scheduled to mature on December 31, 2040.

**(1)     Description of the Plan (continued)**

As part of financing the Transaction, the Company agreed to refinance the Seller Notes. On December 1, 2017, the ESOP and the Company entered into a new loan and pledge agreement (the "Seller Refinanced (Internal) ESOP Loan and Pledge Agreement") for a non-recourse loan (the "Seller Refinanced (Internal) ESOP Loan") from the Company to the ESOT in the amount equal to the unpaid balance of the Seller Loan the Company assumes, which is $141,000,000. The loan consists of twenty-four equal annual principal payments in the amount of $5,875,000, plus accrued interest, starting on December 31, 2017.  Interest is payable at a rate equal to 2.64%.  The loan matures on December 31, 2040.  As security for the performance of its obligation, the ESOT will pledge to the Company the ESOP shares that the ESOT acquired with the proceeds of the Seller Loan.

The stock is held in a trust established under the Plan.  The Company Loan and the Seller Notes have to be repaid over a period of twenty five years through Company contributions to the Trust.  As the Plan makes each payment of principal, an appropriate percentage of stock will be allocated to eligible participants' accounts in accordance with applicable regulations under the Internal Revenue Code ("IRC").

The borrowing is collateralized by the unallocated shares of stock and is guaranteed by the Company.  The lender has no rights against the shares once they are allocated under the Plan. Accordingly, the financial statements of the Plan as of December 31, 2017 and for the year ended December 31, 2017, present separately the assets and liabilities and changes therein pertaining to (1) the accounts of participants with vested rights in allocated stock ("Allocated") and (2) stock not yet allocated to participants ("Unallocated").

Eligibility - Employees of the Company are generally eligible to participate in the Plan after one year of service, and have attained the age of 21.    In addition, except in the case of death, disability, or retirement, a participant will share in the allocation of contributions and forfeitures only if the participant is still employed on the last day of the Plan year and has completed at least 1,000 hours of service during that Plan year.

Contributions - The Company may make contributions at the option of the Company's Board of Directors. All contributions may be paid to the Trust in cash or in whole shares of the Company stock.  The Company's contributions made for any taxable year may not, unless the Company's Board of Directors specifies otherwise, exceed an amount equal to the maximum amount deductible by the Company on account of these contributions for federal income tax purposes for that taxable year, and at minimum, the amount necessary to enable the Plan to make its regulatory scheduled loan payments.

Participant accounts - The Plan is a defined contribution retirement plan under which a separate individual account is established for each participant.  Each participant's account is credited with an allocation of shares of the Company's common stock released by the Trustee from the unallocated account and forfeitures of terminated participants' non vested accounts. Only those participants who are eligible employees of the Company as of the last day of the plan year will receive an allocation. Allocation of the Company contributions will be based on a participant's eligible total compensation, relative to total compensation of all eligible participants for that Plan year.

**(1)** **Description of the Plan (continued)**

Vesting - A participant's vested interest is determined in accordance with the following schedule: 20% vested after 2 years of service, 40% after 3 years, 60% after 4 years, 80% after 5 years and 100% after 6 or more years. A participant is considered 100% vested if the participant has obtained 6 years of credit service, incurs total and permanent disability while with the Company, dies while employed with the Company, or after he reaches the normal retirement age as defined by the Plan.

Forfeitures - Forfeitures of terminated participants' non-vested accounts may be used to restore forfeitures to participants' accounts who are re-employed in the Plan year and any remaining excess may be used to reduce future Company contributions. Forfeitures of non-vested accounts are suspended and are reallocated to remaining participant accounts as though they were part of the contribution made by the Company in the Plan year in which they are released.

Payment of benefits - No distribution from the Plan will be made until a participant retires, becomes totally and permanently disabled, dies (in which case, payment shall be made to his or her beneficiary or, if none, his or her legal representatives), or otherwise terminates employment with the Company. All distributions are to be made in cash or in Company stock (if at the time any benefit is scheduled to be distributed under the Plan the Company is an S Corporation), as determined by the Committee in its discretion. Benefits are recorded when paid. The participant's account that is distributable will be made to or for the benefit of the participant, or in the event of his or her death, to or for the benefit of his or her beneficiary, in one or more of the following forms, as determined by the Benefits Committee in distribution policy:

(a) in a single sum if the vested account balance is $5,000, or less.

(b) in a series of up to five annual installments if the vested account balance exceeds $5,000; provided, however, if the vested balance of the participant's account, as of the accounting date immediately preceding the date distribution of his or her account is to commence, exceeds $1,070,000, the five-year installment period will be extended by one year for each $210,000 (or fraction thereof) by which such account balance exceeds $1,070,000, but not to exceed five additional years. The dollar limits in this subsection will be adjusted at the same time and in the same manner as adjustments under Code §415(d) are required to be made.

Diversification - Each active participant who has attained age 55 and has at least ten years of participation in the Plan may elect during each of the participant's qualified election period to diversify up to 25% of the qualified participant's ESOP stock account balance eligible for diversification. With respect to the last year of the qualified election period, 50% will be substituted for 25% in determining the amount subject to the diversification election.

Put option - Under Federal income tax regulations, the employer stock that is held by the Plan and its participants and is not readily tradable on an established market, or is subject to trading limitations, includes a put option. The put option is the right to demand that the Company buy any shares of its stock distributed to participants for which there is no market. The put price is representative of the fair market value of the stock. The purpose of the put option is to ensure that the participants have the ability to ultimately obtain cash.

**(1)    Description of the Plan (continued)**

Plan termination - The Company intends to continue the Plan indefinitely for the benefit of its current participants but reserves the right to amend, modify, or terminate the Plan at any time or for any reason subject to the terms of ERISA.  In the event the Plan is terminated, participants will become 100% vested in their accounts, and the Plan Committee shall direct the trustee to pay all liabilities and expenses and sell any shares to the extent it determines such sale to be necessary in order to repay the loan.

Voting rights - Each participant is entitled to exercise voting rights attributable to the shares in his or her account and is notified by the Trustee prior to the time that such rights are to be exercised.  If the Trustee does not receive instructions from a participant or beneficiary, the Trustee shall vote in its discretion the shares of the Company stock with respect to which no such instructions were received. The Trustee is required, in certain matters, to vote Company stock, whether or not such Company stock is allocated, on behalf of the collective best interest of Plan participants and beneficiaries.

Administrative expenses - All usual and reasonable expenses of the Plan, including expenses incurred by the Committee, may be paid by the Trustee out of the principal or income of the trust unless the Company elects to pay any or all such expenses. To the extent expenses are paid by the Trustee from the trust, the Committee may allocate those expenses to an individual participant's account in accordance with nondiscriminatory rules established by the Committee and communicated to participants. The administrative expenses paid by the plan totaled $-0- for the year ended December 31, 2017.

**(2)    Summary of accounting policies**

Basis of accounting - The financial statements of the Plan are prepared under the accrual method of accounting in accordance with accounting principles generally accepted in the United States of America ("U.S. GAAP").

Cash and cash equivalents - For the purpose of the financial statements, liquid instruments with an original maturity of three months or less are considered cash equivalents.

Estimates - The preparation of the financial statements in conformity with U.S. GAAP requires the Plan administrator to make estimates and assumptions that affect certain reported amounts and disclosures.  Accordingly, actual results may differ from those estimates.

Allocations - The financial statements of the Plan present separately the assets and liabilities and changes therein pertaining to (a) the accounts of employees with rights in allocated stock, including shares that are committed to be released as of the last day of each Plan year ("Allocated) and (b) stock not yet allocated to employees ("Unallocated").

Investment valuation and income recognition - The Plan's investment in the Company's common stock is exposed to various risks such as interest rate, market, and credit risks.   The Company's common stock is stated at estimated fair value.  The fair value is determined annually by an independent appraisal.
Purchases and sales of securities are recorded on a trade-date basis.  Interest income is recorded on the accrual basis.  Dividends are recorded on the ex-dividend date.

(2)     **Summary of accounting policies (continued)**

Investment gain consists of interest, dividends, and gains (losses) on sales of securities. Unrealized appreciation (depreciation) in the estimated fair value of investments includes the Plan's gains and losses in the change in value of the common stock during the Plan year.

Risks and Uncertainties - The Plan's investments consist primarily of the Company's common stock, which is exposed to various risks, including interest rate, market, and credit risks, as well as valuation assumptions based on earnings and cash flows. Due to the level of risk associated with such investments, it is at least reasonably possible that changes in the values of the investments will occur in the near term and that such changes could materially affect participants' account balances and the amounts reported in the statements of net assets available for benefits.

(3)     **Tax status**

The Plan submitted a request to the Internal Revenue Service ("IRS") to issue a determination letter concerning the qualification of the Plan. However, the Plan administrator and the Plan's tax counsel believe that the Plan is currently designed and being operated in compliance with the applicable requirements of the IRC and therefore believe that the Plan is qualified and tax-exempt. Therefore, no provision for income taxes has been included in the Plan's financial statements.

(4)     **Employer contributions and dividends**

The Company is obligated to make cash contributions to the Plan which, when aggregated with the Plan's dividends and interest earnings, equal the amount necessary to enable the Plan to make its regulatory scheduled payments of principal and interest due on its notes payable, as discussed in Note (9). In 2017, the Board of Directors authorized a cash contribution of $17,172,496, of which $9,852,317 was applied to principal payments, $6,964,411 was applied to interest payments, and $355,768 was contributed in cash used to buy the shares allocated to the inactive participants. The Plan used part of the cash proceeds to pay $7,102 distributions during 2017. The employer contributions receivable as of December 31, 2017 and 2016 were $9,111,733 and $9,360,503, respectively.

In 2017, the Board of Directors authorized $16,500,000 in dividends. The total amount was a receivable as of December 31, 2017. The proceeds from the dividends were used to make additional payments of principal due on the notes payable.

(5)     **Administration of the Plan assets**

The Plan's assets are held by the Trustee of the Plan.

Company contributions are held and managed by the Trustee, which invests cash received and makes distributions to participants.  These transactions qualify as party-in-interest transactions.

Certain administrative functions are performed by officers or employees of the Company. No such officer or employee receives compensation from the Plan.

**(6)      Fidelity bond coverage**

ERISA Code Section 412 requires the Company to maintain fidelity bond coverage in an amount equal to the lesser of 10% of the total funds in the Plan as of the preceding plan year or $500,000.  The Plan had sufficient bond coverage as of December 31, 2017 and 2016.

**(7)      Investments**

The Plan's investments in the Plan Sponsor Company common shares as of December 31, 2017 and 2016 are as follows:

| | 2017 | | |
| --- | --- | --- | --- |
| | Allocated | Unallocated | Total |
| Investments in Plan Sponsor stock: | | | |
| Number of shares | 1,325,476 | 6,674,524 | 8,000,000 |
| Cost | $ 32,805,531 | $ 165,194,469 | $ 198,000,000 |
| Fair values | $ 17,761,378 | $ 89,438,622 | $ 107,200,000 |

| | 2016 | | |
| --- | --- | --- | --- |
| | Allocated | Unallocated | Total |
| Investments in Plan Sponsor stock: | | | |
| Number of shares | 302,693 | 7,697,307 | 8,000,000 |
| Cost | $ 7,491,652 | $ 190,508,348 | $ 198,000,000 |
| Fair values | $ 2,451,813 | $ 62,348,187 | $ 64,800,000 |

On December 13, 2016, the Plan acquired 8,000,000 shares of Choate Construction Company stock for $198,000,000 at a value of $24.75 a share. The shares were acquired in a leveraged transaction involving an ESOP loan. The appraised value per share was $13.40 and $8.10 as of December 31, 2017 and 2016, respectively.

**(8)   Fair value measurements**

Financial Accounting Standards Board ("FASB") Accounting Standards Codification ("ASC") 820, *Fair Value Measurements and Disclosures*, provides the framework for measuring fair value. That framework provides a fair value hierarchy that prioritizes the inputs to valuation techniques used to measure fair value. The hierarchy gives the highest priority to unadjusted quoted prices in active markets for identical assets or liabilities (Level 1 measurements) and the lowest priority to unobservable inputs (Level 3 measurements). The three levels of the fair value hierarchy under FASB ASC 820 are described as follows:

*Level 1* **-** Inputs to the valuation methodology are unadjusted quoted prices for identical assets or liabilities in active markets that the Plan has the ability to access.

*Level 2* **-** Inputs to the valuation methodology include:

- Quoted prices for similar assets or liabilities in active markets;
- Quoted prices for identical or similar assets or liabilities in inactive markets;
- Inputs other than quoted prices that are observable for the asset or liability;
- Inputs that are derived principally from or corroborated by observable market data by correlation or other means.

If the asset or liability has a specified (contractual) term, the Level 2 input must be observable for substantially the full term of the asset or liability.

*Level 3* **-** Inputs to the valuation methodology are unobservable and significant to the fair value measurement.

The asset's or liability's fair value measurement level within the fair value hierarchy is based on the lowest level of any input that is significant to the fair value measurement. Valuation techniques used need to maximize the use of observable inputs and minimize the use of unobservable inputs.

**(8)    Fair value measurements (continued)**

The following is a description of the valuation methodologies used for assets measured at fair value.

*Sponsor Company common stock:* The fair value of the Plan Sponsor Company common stock held by the ESOP is valued by the Trustee at estimated fair value based upon an annual independent appraisal. This appraisal was based upon a combination of the market and income valuation techniques.  The market approach provides an objective indication of value based on comparison to similar companies or equity interests. Based on the income approach, the indicated value is the present value of future benefits (usually earnings, cash flows, or dividends). The income approach is based on the discounted cash flow method and projected financial results provided by management. The appraiser took into account historical and projected cash flow and net income, return on assets, return on equity, market comparables and estimated fair value of Company assets and liabilities. The fair value of the Sponsor Company common stock is based on unobservable inputs and is therefore classified as Level 3 of the fair value hierarchy. The investment in this stock is exposed to various risks, such as volatility in the security alarm services industry and lack of marketability, and it is reasonably possible that changes in the value could occur in the near term and that such changes could materially affect the participants' account balances and the amounts reported in the statements of net assets available for benefits.

The methods described above may produce a fair value calculation that may not be indicative of net realizable value or reflective of future fair values.  Furthermore, while the Plan believes its valuation methods are appropriate and consistent with other market participants, the use of different methodologies or assumptions to determine the fair value of certain financial instruments could result in a different fair value measurement at the reporting date.

The following table sets forth by level, within the fair value hierarchy, the Plan's assets at fair value as of December 31, 2017 and 2016:

| | 2017 | | | |
| --- | --- | --- | --- | --- |
| | Level 1 | Level 2 | Level 3 | Total |
| Sponsor Company common stock | $          - | $          - | $ 107,200,000 | $ 107,200,000 |
| Total assets at fair value | $          - | $          - | $ 107,200,000 | $ 107,200,000 |

| | 2016 | | | |
| --- | --- | --- | --- | --- |
| | Level 1 | Level 2 | Level 3 | Total |
| Sponsor Company common stock | $          - | $          - | $ 64,800,000 | $ 64,800,000 |
| Total assets at fair value | $          - | $          - | $ 64,800,000 | $ 64,800,000 |

**(8)     Fair value measurements (continued)**

The following tables set forth a summary of changes in the fair value of the Plan's level 3 asset for the years ended December 31, 2017:

|  | 2017 |
|---|---|
| Balance, beginning of year | $   64,800,000 |
| Purchases, issuances | - |
| Unrealized gain relating to instruments still held at December 31 | 42,400,000 |
| Balance, end of year | $  107,200,000 |

**(9)     Notes payable**

As discussed in Note (1), in 2016, The ESOT assumed two notes in connection with purchase of shares.

The Company loaned to the ESOT a Company Loan in the total amount of $57,000,000. The ESOT used the proceeds from the Company Loan to pay the selling shareholders cash for a portion of the purchase price.  The loan has a 25-year term and requires annual payments of principal and interest.  Interest is payable at a rate equal to the long term applicable federal rate. It is secured by a pledge of the ESOP shares the ESOT acquired with the proceeds of the internal loan.

For the remainder of the purchase price, the ESOT issued to the selling shareholders Seller Notes in the total amount of $141,000,000.  The notes had a 25-year term and required interest only payments for the first 7 years, and equal principal payments of $7,833,333 over the remaining term.  Interest was payable at a rate equal to 4.00%. It was secured by a pledge of the ESOP shares the ESOT acquired with the proceeds of the Seller Notes and the Company's guarantee.  The loan was scheduled to mature on December 31, 2040.

As part of financing the Transaction, the Company agreed to refinance the Seller Notes. On December 1, 2017, the ESOP and the Company entered into a new loan and pledge agreement (the "Seller Refinanced (Internal) ESOP Loan and Pledge Agreement") for a non-recourse loan (the "Seller Refinanced (Internal) ESOP Loan") from the Company to the ESOT in the amount equal to the unpaid balance of the Seller Loan the Company assumes, which is $141,000,000. The loan consists of twenty-four equal annual principal payments in the amount of $5,875,000, plus accrued interest, starting on December 31, 2017.  Interest is payable at a rate equal to 2.64%.  The loan matures on December 31, 2040.  As security for the performance of its obligation, the ESOT will pledge to the Company the ESOP shares that the ESOT acquired with the proceeds of the Seller Loan.

**(9)     Notes payable (continued)**

In 2017, the Board of Directors authorized a cash contribution of $17,172,496, of which $9,852,317 was applied as principal payment of the notes and $6,964,411 was applied to interest payments. In 2017, the Board of Directors authorized $16,500,000 in dividends applied as principal payment of the notes.

Minimum debt obligation of the ESOP notes payable is as follows as of December 31, 2017:

| Years ending December 31, | Amount |
|---|---|
| 2018 | $    31,424,344 |
| 2019 | 7,081,020 |
| 2020 | 7,081,020 |
| 2021 | 7,081,020 |
| 2022 | 7,081,020 |
| Thereafter | 127,458,375 |
| Total | $  187,206,799 |

**(10)    Related party and party in interest transactions**

The Plan invests in Company common stock and has indebtedness guaranteed by the Company. These are related party and party-in-interest transactions. The Company paid all plan expenses in 2017. The Plan has a number of service providers. Such providers are parties in interest under ERISA.

**(11)    Subsequent events**

Effective January 1, 2018, the Company amended and restated the Plan.

The Company has evaluated subsequent events through October 15, 2018, the date which the financial statements were available to be issued and determined that except as noted above, there were no additional subsequent events requiring recognition or disclosure in the financial statements.

**SUPPLEMENTAL SCHEDULE**

**CHOATE CONSTRUCTION COMPANY**
**EMPLOYEE STOCK OWNERSHIP PLAN**

**SUPPLEMENTAL SCHEDULE**

**December 31, 2017**

**SCHEDULE H, Line 4(i) - SCHEDULE OF ASSETS (HELD AT END OF YEAR)**

**EIN: 58-1851823, Plan Number : 002**

| ( a ) | (b) Identity of issue, borrower, lessor, or similar party | (c) Description of investment including maturity date, rate of interest, collateral, par, or maturity value | (d) Cost | (e) Current Value |
|---|---|---|---|---|
| * | Sponsor Company | Common Stock - 8,000,000 Shares | $ 198,000,000 | $ 107,200,000 |
| | Total | | $ 198,000,000 | $ 107,200,000 |

\*      Choate Construction Company is the Plan Sponsor and is therefore a party-in-interest as defined by ERISA.

SEE INDEPENDENT AUDITORS' REPORT
- 15 -

**Schedule H, Line 4i**
**Schedule of Assets (Held At End of Year)**

Name of Plan:

► Choate Construction Company Employee Stock Ownership Plan

Employer Identification Number:► 58-1851823
For plan year (beginning/ending):► 1/1/17 - 12/31/17                Plan number:► 002

| (a) | (b) Identity of issue, borrower, lessor, or similar party | (c) Description of investment including maturity date, rate of interest, collateral, par or maturity value | (d) Cost | (e) Current value |
|---|---|---|---|---|
| * | Choate Construction Company | 8,000,000 shares of common stock | 198,000,000 | 107,200,000 |
| | | | | |
| | | | | |
| | | | | |