

**COHEN**MILSTEIN

EXHIBIT 4

Jamie Bowers
(202) 408-4600
jbowers@cohenmilstein.com

**THIS IS AN ADVERTISEMENT FOR LEGAL SERVICES**

May 31, 2018

*Via U.S. Mail*

Re:   *Investigation of the Choate Construction Company ESOP*

Dear ███████

    As you are a current or former employee of Choate Construction Company ("Choate" or the "Company"), I am writing to inform you that the law firm of Cohen Milstein Sellers & Toll PLLC is conducting an investigation of the Choate Construction Company Employee Stock Ownership Plan ("ESOP"). Because you are/were an employee of the Company, you likely have a retirement account in the ESOP into which the Company made employer contributions on your behalf for your years of service to the Company. Thus you are likely a participant in the ESOP and the assets held by the ESOP are your retirement savings.

    This investigation focuses on losses to the ESOP (meaning losses to your retirement savings) of approximately **$133 million** from the sale of Choate Company stock to the ESOP for greater than fair market value. According to records filed with the Department of Labor, the executives/owners of the Company (the "Selling Shareholders") created the ESOP in 2016 in order to sell their ownership interest in the Company to the ESOP/employees for $24.75 a share. The sale of stock in the Company to the ESOP for $24.75 per share occurred on December 13, 2016, which resulted in a total cost of $198 million for the ESOP. However, because the ESOP did not have $198 million to pay for the Selling Shareholders for the Company, the ESOP borrowed $198 million and currently the assets of the ESOP are **negative $124 million.**

Cohen Milstein Sellers & Toll PLLC   1100 New York Ave. NW   Suite 500, East Tower   Washington, DC 20005
t 202.408.4600   f 202.408.4699   www.cohenmilstein.com

2115083.1
2356238 v1

Case 5:19-cv-00156-BO   Document 31-4   Filed 06/06/19   Page 1 of 3

# COHENMILSTEIN

May 31, 2018
Page 2

Two weeks after the sale of the Company to the ESOP/employees, the 8 million shares of stock were valued at $8.10 per share. This means that **the stock lost two thirds of its value** in just two weeks, for a **total loss to the ESOP of $133 million**. According to the publicly filed records, Choate Construction Co. has not yet begun to pay back the principal of the $198 million loan and has only paid interest.

If you are a participant in the Choate Construction Company ESOP, your retirement savings have been affected by the purchase of the Company by the ESOP (your retirement assets) for three times the true value of the Company. Cohen Milstein Sellers & Toll PLLC is investigating the sale of stock to the ESOP and seeks to represent employees in recovering the $133 million in losses suffered by the ESOP. If you are a current or former employee of Choate Construction Co., we would be interested in speaking to you regarding this investigation. There is no charge to you to talk to us.

Depending on the results of our investigation and the affected employees' interest in seeking a remedy, we may file a class action lawsuit on behalf of the ESOP participants to recover money lost by the shareholders' sale of stock to the ESOP. In a class action case, one or more individuals, who are called class representatives, file suit for themselves and on behalf of other people who have similar claims. This procedure permits the claims of a large number of people to form one lawsuit and ensure that all similarly situated persons are treated consistently. If you are a current or former employee who has an ESOP retirement account, you are likely entitled to participate in such a lawsuit.

If you participate in such a lawsuit, we would represent you on a contingency fee basis. This means that we would seek a fee only in the event that there was a recovery (i.e., a settlement or a decision favorable to you and the class) and we would advance the costs and expenses of the litigation. If this case proceeds as a class action, our fee, if any, would be approved by the court and paid out of any recovery that we obtain for you and the class.

If you are interested in learning more about this investigation, including the possibility of serving as a class representative in such a lawsuit, please complete the attached questionnaire and return it to us or contact us at our toll-free number:

Jamie Bowers, Esq.: jbowers@cohenmilstein.com
Tamara Haynes, Paralegal: thaynes@cohenmilstein.com
Cohen Milstein Sellers & Toll, PLLC
1100 New York Avenue, N.W., Suite 500
Washington, D.C. 20005
Telephone: (202) 408-4600
Toll Free: 1-888-240-0775

2356238 v1

# COHENMILSTEIN

## Choate Construction Company Questionnaire for Plan Participants

Please provide the following information.

**Personal Information**

1. Name: _____
2. Address: _____
   _____
3. Home Phone: (____) ____-_____ Cell Phone: (____) ____-_____
4. E-mail Address: _____
5. Best days and times to reach me by telephone: _____

**Employment**

1. I am a [_] current / [_] former employee.
2. What is or was your job title at the Choate Construction Company?
   _____
3. Were you or are you currently vested in the Choate Construction Company's ESOP? [_] Yes / [_] No

Thank you for taking the time to complete this questionnaire. Please mail or e-mail this survey to:

**Tamara Haynes**, Paralegal – thaynes@cohenmilstein.com
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
Tel: (888) 240-0775 or (202) 408-4600
Fax: (202) 408-4699