UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SHARON LEE, on behalf of herself individually, and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| ARGENT TRUST COMPANY, CHOATE CONSTRUCTION COMPANY ESOP COMMITTEE, CHOATE CONSTRUCTION COMPANY BOARD OF DIRECTORS, WILLIAM MILLARD CHOATE, DAVE PRIESTER, MEMBERS OF THE CHOATE CONSTRUCTION COMPANY ESOP COMMITTEE (John and Jane Does 1-10), MEMBERS OF THE CHOATE CONSTRUCTION COMPANY BOARD OF DIRECTORS (John and Jane Does 11-20), and SELLING SHAREHOLDERS (John and Jane Does 21-35), | ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**JUDGMENT**

5:19-CV-156-BO

**Decision by Court.**
This matter is before the Court on defendants' motions to dismiss plaintiff's complaint. [DE 30, 32].

**IT IS ORDERED, ADJUDGED AND DECREED** that defendants' motions to dismiss [DE 30, 32] are GRANTED and plaintiff's complaint is DISMISSED.

This case is closed.

**This judgment filed and entered on August 7, 2019, and served on:**
Jamie L. Bowers (Via CM/ECF Notice of Electronic Filing)
Karen L. Handorf (Via CM/ECF Notice of Electronic Filing)
Michelle C. Yau (Via CM/ECF Notice of Electronic Filing)
Martha A. Geer (Via CM/ECF Notice of Electronic Filing)
Barbara A. Smith (Via CM/ECF Notice of Electronic Filing)
Benjamin Freedman Sidbury (Via CM/ECF Notice of Electronic Filing)
Jeffrey S. Russel (Via CM/ECF Notice of Electronic Filing)
Lynn E. Calkins (Via CM/ECF Notice of Electronic Filing)

Clay Campbell Wheeler (Via CM/ECF Notice of Electronic Filing)
Jessica L. Farmer (Via CM/ECF Notice of Electronic Filing)

August 7, 2019

PETER A. MOORE, JR., CLERK

/s/Lindsay Stouch
By: Deputy Clerk