UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SHARON LEE on behalf of herself individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARGENT TRUST COMPANY, CHOATE CONSTRUCTION COMPANY ESOP COMMITTEE, CHOATE CONSTRUCTION COMPANY BOARD OF DIRECTORS, WILLIAM MILLARD CHOATE, DAVE PRIESTER, MEMBERS OF THE CHOATE CONSTRUCTION COMPANY ESOP COMMITTEE (John and Jane Does 1-10), MEMBERS OF THE CHOATE CONSTRUCTION COMPANY BOARD OF DIRECTORS (John and Jane Does 11-20), and SELLING SHAREHOLDERS (John and Jane Does 21-35)<br><br>Defendants. | Case No.: 5:19-cv-00156<br><br>**PLAINTIFF'S NOTICE OF APPEAL** |

Notice is hereby given that Plaintiff Lee in the above-captioned case appeals to the United States Court of Appeals for the Fourth Circuit from the Memorandum, Order, and Judgment entered on August 7, 2019 by the District Court for the Eastern District of North Carolina granting the Defendants' Motions to Dismiss and dismissing Plaintiff's Complaint.

Dated: December 23, 2019					Respectfully submitted,

                                                                     */s/ Adam Langino*_____
Adam Langino
N.C. Bar No. 54438
**COHEN MILSTEIN SELLERS & TOLL PLLC**
150 Fayetteville Street, Suite 980
Raleigh, NC 27601
Telephone: (919) 890-0560
Facsimile: (919) 890-0567
alangino@cohenmilstein.com


Michelle C. Yau
Karen L. Handorf
Jamie L. Bowers
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005-3934
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
myau@cohenmilstein.com
khandorf@cohenmilstein.com
jbowers@cohenmilstein.com

*Attorneys for Plaintiff*

## CERTFICATE OF SERVICE

The undersigned attorney verifies that the foregoing was filed with the Clerk of Court through the CM/ECF system, serving the notice on all attorneys of record.

This 23rd day of December, 2019.

/s/ Jamie L. Bowers
Jamie L. Bowers
